HOWARD HELLER, Appellant, *v.* E. D. SASSOON BANKING CO., LTD., Respondent.

Submitted January 3, 1955; decided January 13, 1955.

*Isaac M. Barnett* for motion.

*Arthur A. Litt* and *Jules J. L. Hessen* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.